USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                  :

LUC GJOKAJ,                              :
                                  :
                     Plaintiff,    :              1:25-cv-1899-GHW
                                  :
              -v-                 :               ORDER
                                  :
KRISTI NOEM, *et al.*,               :
                                  :
                  Defendants.   :
                                  :
------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

The parties have stipulated to the dismissal of this action pursuant to Fed. R. Civ. P.

41(a)(1)(A)(ii).  Dkt. No. 8.  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  May 7, 2025
        New York, New York

                                            _____
                                               GREGORY H. WOODS
                                           United States District Judge